UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELAINE MALINOWSKI, individually, and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br>v.<br><br>MONUMENT, INC.,<br><br>                  Defendant. | Case No. 1:23-cv-03411-LLS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i), Plaintiff Elaine Malinowski hereby voluntarily dismisses this action without prejudice.

Dated: May 30, 2023

        By:    */s/ Joel H. Robinson*
                    Joel H. Robinson, Esq. (NY S.B. #2644607)
                    **ROBINSON YABLON COOPER & BONFANTE LLP**
                    232 Madison Ave.RM 909
                    New York, NY 10016
                    Telephone: (212) 725-8566

        By:    */s/ Scott Edward Cole*
                    Scott Edward Cole, Esq. (CA S.B. #160744)
                    **COLE & VAN NOTE**
                    555 12th Street, Suite 1725
                    Oakland, California 94607
                    Telephone: (510) 891-9800
                    Email: sec@colevannote.com

2

By:    */s/ Daniel Srourian*
Daniel Srourian, Esq. (CA S.B. #285678)
**SROURIAN LAW FIRM, P.C.**
3435 Wilshire Blvd., Suite 1710
Los Angeles, California 90010
Telephone: (213) 474-3800
Email: daniel@slfla.com

Attorneys for Representative Plaintiff
and the Plaintiff Classes

**CERTIFICATE OF SERVICE**

    I hereby certify that, on May 30, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Joel H. Robinson*
Joel H. Robinson